**DISMISS and Opinion Filed January 27, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00175-CV

**BRIDGET PARSON AKA BRIDGET BROWN PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

Appellant, a vexatious litigant subject to a prefiling order, filed this appeal without an order from the local administrative judge granting her permission to appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, we directed appellant to file a copy of the order granting her permission. *See id.* § 11.1035(b). Although we cautioned appellant that failure to comply within ten days would result in dismissal of the appeal without further notice, more than ten days

have passed and appellant has not responded. *See id.* We, therefore, dismiss the appeal. *See id.*

/David J. Schenck/

DAVID J. SCHENCK
JUSTICE

210175F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRIDGET PARSON AKA
BRIDGET BROWN PARSON,
Appellant

No. 05-21-00175-CV        V.

BECKY COLE, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-01563-
B.

Opinion delivered by Justice
Schenck, Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 27, 2022.